UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
· Caption in Compliance with D.N.J. LBR 9004-1(b)
McNALLY & ASSOCIATES, L.L.C.
93 Main Street, Suite 201
Newton, New Jersey 07860
(973) 300-4260
Attorneys for TTLREO, LLC

| | |
|---|---|
| In Re: | Case No.: 18-26130 |
| LORI N. LEWKOWITZ, | Chapter: 13 |
| Debtor. | Hearing Date: 8/18/2020 |
| | Judge: Kaplan |

## NOTICE OF MOTION FOR LEAVE TO FILE AN UNTIMELY PROOF OF CLAIM PURSUANT TO BANKRUPTCY RULE 9006(b)(1)

To:   Albert Russo
      Standing Chapter 13 Trustee
      CN 4853
      Trenton, New Jersey 08650

      Joseph Casello
      Collins, Vella & Casello
      2317 Route 34 South
      Suite 1A
      Manasquan, New Jersey 08736

**PLEASE TAKE NOTICE** that on the 18th day of August, 2020 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned McNally & Associates, L.L.C., counsel for TTLREO, LLC, shall move before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, at the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608 for the entry of an Order Granting Leave to File an Untimely Proof of Claim Pursuant to F.R.B.P. Rule 9006(b)(1); and

**PLEASE TAKE FURTHER NOTICE** that the facts and law that TTLREO, LLC rely upon are set forth in the accompanying Certification of Stephen McNally in Support of Entry of an Order Granting Leave to File an Untimely Proof of Claim Pursuant to F.R.B.P. Rule 9006(b)(1), and do not present complicated questions of fact or unique questions of law, so it is hereby submitted that no brief is necessary for the Court's consideration of the within motion; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested.

Dated: Newton, New Jersey
July 27, 2020

        McNALLY & ASSOCIATES, L.L.C.
        93 Main Street
        Newton, New Jersey 07860
        (973) 300-4260
        Attorneys for TTLREO, LLC


By:   /s/ Stephen McNally
       Stephen B. McNally