UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
· **Caption in Compliance with D.N.J. LBR 9004-1(b)**
McNALLY & ASSOCIATES, L.L.C.
93 Main Street, Suite 201
Newton, New Jersey 07860
(973) 300-4260
Attorneys for TTLREO, LLC

In Re:

LORI N. LEWKOWITZ,

            Debtor.

| | |
|---|---|
| Case No.: | 18-26130 |
| Chapter: | 13 |
| Hearing Date: | 8/18/2020 |
| Judge: | Kaplan |

**ORDER GRANTING LEAVE FOR TTLREO, LLC TO FILE AN UNTIMELY
PROOF OF CLAIM PURSUANT TO BANKRUPTCY RULE 9006(b)(1)**

The relief set forth on the following pages numbering one (1) is hereby ORDERED.

1

THIS MATTER having been opened to the Court by TTLREO, LLC ("TTLREO"), by and through its

attorneys McNally & Associates, L.L.C., upon the filing of TTLREO's Notice of Motion for Order Granting

Leave to File an Untimely Proof of Claim Pursuant to F.R.B.P. Rule 9006(b)(1) (the "Motion"); and upon

consideration of the Certification of Richard Robinson in Support of Entry of an Order Granting Leave to File

an Untimely Proof of Claim Pursuant to F.R.B.P. Rule 9006(b)(1); and the Motion having been transmitted to

all requisite creditors and parties-in-interest; and it appearing that the relief requested in the motion is

appropriate;

IT IS,

ORDERED that pursuant to F.R.B.P. Rule 9006(b)(1), the time within which TTLREO, LLC may file a

proof of claim be, and hereby is, enlarged to the date two (2) weeks following the date of entry of this Order.

1